Charles T. Marshall, Esq. (SBN 176091)
LAW OFFICES OF CHARLES T. MARSHALL
415 Laurel St., #405
San Diego, CA 92101
TEL: 619-807-2628
FAX: 858-575-7413

Attorney for Plaintiffs
JOVITA A. MARQUEZ, and BRUCE HARRELL

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOVITA A. MARQUEZ, an individual; and BRUCE HARRELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK, N.A.; US BANKCORP; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and ARGENT MORTGAGE COMPANY, LLC,<br><br>Defendants. | Case No. 3:16-cv-03012-EMC<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, on December, 201, Defendants U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AQ1 (erroneously sued as "US BANK, N.A." and "US BANKCORP"); Select Portfolio Servicing, Inc. and National Default Servicing Corporation ("Defendants") filed a Motion to Dismiss Complaint with a scheduled hearing of 1/12/2017 01:30 PM in Courtroom 5;

WHEREAS, pursuant to Federal Rule of Civil Procedures, Plaintiffs' deadline to respond to the Motions to Dismiss is December 19, 2016 and Defendants' reply is due December 27, 2016;

WHEREAS, Plaintiffs need additional time to respond to Defendants' Motion to Dismiss;

NOW THEREFORE, Plaintiffs and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Plaintiffs to respond to Defendants' Motion to Dismiss shall be extended up to and including <u>January 4, 2016</u>.

2. The deadline for Defendants to reply to Plaintiffs' response to Motions shall be extended up to and including <u>January 9, 2016</u>.

IT IS SO STIPULATED.

DATED: December 9, 2016

STOEL RIVES LLP
Carissa Beecham

By: */s/ Carissa Beecham*
    Carissa Beecham
    Attorneys for Defendants
    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AQ1 (erroneously sued as "US BANK, N.A." and "US BANKCORP"); Select Portfolio Servicing, Inc. and National Default Servicing Corporation

LAW OFFICES OF CHARLES T. MARSHALL
Charles T. Marshall

By: */s/ Charles T. Marshall*
    Charles T. Marshall
    Attorneys for Plaintiffs
    JOVITA A. MARQUEZ, and BRUCE HARRELL

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Carissa Beecham, Esq, counsel for Defendants U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AQ1 (erroneously sued as "US BANK, N.A." and "US BANKCORP"); Select Portfolio Servicing, Inc. and National Default Servicing Corporation has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS.

/s/ *Charles T. Marshall* _____
             Charles T. Marshall

ORDER

It is so ordered.   The hearing on the Motion to Dismiss is reset from 1/12/16 to 1/26/17 at 1:30 p.m.

Date: 12/12/16



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA